## JUDGE CONNER'S TRIAL TERM CALENDAR

| Trial List | Fact Discovery | Affirmative Expert Reports | Responsive Expert Reports | Supp'l Expert Reports | Dispositive Motions & Supporting Briefs | Motions in Limine & Supporting Briefs | Pretrial Memos, Voir Dire, & Points for Charge | Final Pretrial Conference | Jury Selection |
|---|---|---|---|---|---|---|---|---|---|
| **2021** | | | | | | | | | |
| January | 5/6/20 | 6/3/20 | 7/1/20 | 7/15/20 | 8/5/20 | 11/4/20 | 12/10/20 | 12/17/20 | 1/4/21 |
| February | 6/3/20 | 7/1/20 | 8/5/20 | 8/19/20 | 9/2/20 | 12/2/20 | 1/14/21 | 1/21/21 | 2/1/21 |
| March | 7/1/20 | 8/5/20 | 9/2/20 | 9/16/20 | 10/7/20 | 1/6/21 | 2/11/21 | 2/18/21 | 3/1/21 |
| April | 8/5/20 | 9/2/20 | 10/7/20 | 10/21/20 | 11/4/20 | 2/3/21 | 3/11/21 | 3/18/21 | 4/5/21 |
| May | 9/2/20 | 10/7/20 | 11/4/20 | 11/18/20 | 12/2/20 | 3/3/21 | 4/15/21 | 4/22/21 | 5/3/21 |
| June | 10/7/20 | 11/4/20 | 12/2/20 | 12/16/20 | 1/6/21 | 4/7/21 | 5/13/21 | 5/20/21 | 6/7/21 |
| July | 11/4/20 | 12/2/20 | 1/6/21 | 1/20/21 | 2/3/21 | 5/5/21 | 6/10/21 | 6/17/21 | 7/6/21 |
| August | 12/2/20 | 1/6/21 | 2/3/21 | 2/17/21 | 3/3/21 | 6/2/21 | 7/15/21 | 7/22/21 | 8/2/21 |
| September | 1/6/21 | 2/3/21 | 3/3/21 | 3/17/21 | 4/7/21 | 7/7/21 | 8/12/21 | 8/19/21 | 9/7/21 |
| October | 2/3/21 | 3/3/21 | 4/7/21 | 4/21/21 | 5/5/21 | 8/4/21 | 9/16/21 | 9/23/21 | 10/4/21 |
| November | 3/3/21 | 4/7/21 | 5/5/21 | 5/19/21 | 6/2/21 | 9/1/21 | 10/14/21 | 10/21/21 | 11/1/21 |
| December | 4/7/21 | 5/5/21 | 6/2/21 | 6/16/21 | 7/7/21 | 10/6/21 | 11/12/21 | 11/18/21 | 12/6/21 |
| **2022** | | | | | | | | | |
| January | 5/5/21 | 6/2/21 | 7/7/21 | 7/21/21 | 8/4/21 | 11/3/21 | 12/9/21 | 12/16/21 | 1/3/22 |
| February | 6/2/21 | 7/7/21 | 8/4/21 | 8/18/21 | 9/1/21 | 12/1/21 | 1/13/22 | 1/20/22 | 2/7/22 |
| March | 7/7/21 | 8/4/21 | 9/1/21 | 9/15/21 | 10/6/21 | 1/5/22 | 2/10/22 | 2/17/22 | 3/7/22 |
| April | 8/4/21 | 9/1/21 | 10/6/21 | 10/20/21 | 11/3/21 | 2/2/22 | 3/17/22 | 3/24/22 | 4/4/22 |
| May | 9/1/21 | 10/6/21 | 11/3/21 | 11/17/21 | 12/1/21 | 3/2/22 | 4/14/22 | 4/21/22 | 5/2/22 |
| June | 10/6/21 | 11/3/21 | 12/1/21 | 12/15/21 | 1/5/22 | 4/6/22 | 5/12/22 | 5/19/22 | 6/6/22 |
| July | 11/3/21 | 12/1/21 | 1/5/22 | 1/19/22 | 2/2/22 | 5/4/22 | 6/16/22 | 6/23/22 | 7/5/22 |
| August | 12/1/21 | 1/5/22 | 2/2/22 | 2/16/22 | 3/2/22 | 6/1/22 | 7/14/22 | 7/21/22 | 8/1/22 |
| September | 1/5/22 | 2/2/22 | 3/2/22 | 3/16/22 | 4/6/22 | 7/6/22 | 8/11/22 | 8/18/22 | 9/6/22 |
| October | 2/2/22 | 3/2/22 | 4/6/22 | 4/20/22 | 5/4/22 | 8/3/22 | 9/15/22 | 9/22/22 | 10/3/22 |
| November | 3/2/22 | 4/6/22 | 5/4/22 | 5/18/22 | 6/1/22 | 9/7/22 | 10/13/22 | 10/20/22 | 11/7/22 |
| December | 4/6/22 | 5/4/22 | 6/1/22 | 6/15/22 | 7/6/22 | 10/5/22 | 11/10/22 | 11/17/22 | 12/5/22 |

| | 2023 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **January** | 5/4/22 | 6/1/22 | 7/6/22 | 7/20/22 | 8/3/22 | 11/2/22 | 12/8/22 | 12/15/22 | 1/3/23 |
| **February** | 6/1/22 | 7/6/22 | 8/3/22 | 8/17/22 | 9/7/22 | 12/7/22 | 1/12/23 | 1/19/23 | 2/6/23 |
| **March** | 7/6/22 | 8/3/22 | 9/7/22 | 9/21/22 | 10/5/22 | 1/4/23 | 2/9/23 | 2/16/23 | 3/6/23 |
| **April** | 8/3/22 | 9/7/22 | 10/5/22 | 10/19/22 | 11/2/22 | 2/1/23 | 3/9/23 | 3/16/23 | 4/3/23 |
| **May** | 9/7/22 | 10/5/22 | 11/2/22 | 11/16/22 | 12/7/22 | 3/1/23 | 4/13/23 | 4/20/23 | 5/1/23 |
| **June** | 10/5/22 | 11/2/22 | 12/7/22 | 12/21/22 | 1/4/23 | 4/5/23 | 5/11/23 | 5/18/23 | 6/5/23 |
| **July** | 11/2/22 | 12/7/22 | 1/4/23 | 1/18/23 | 2/1/23 | 5/3/23 | 6/8/23 | 6/15/23 | 7/5/23 |
| **August** | 12/7/22 | 1/4/23 | 2/1/23 | 2/15/23 | 3/1/23 | 6/7/23 | 7/13/23 | 7/20/23 | 8/7/23 |
| **September** | 1/4/23 | 2/1/23 | 3/1/23 | 3/15/23 | 4/5/23 | 7/5/23 | 8/10/23 | 8/17/23 | 9/5/23 |
| **October** | 2/1/23 | 3/1/23 | 4/5/23 | 4/19/23 | 5/3/23 | 8/2/23 | 9/14/23 | 9/21/23 | 10/2/23 |
| **November** | 3/1/23 | 4/5/23 | 5/3/23 | 5/17/23 | 6/7/23 | 9/6/23 | 10/12/23 | 10/19/23 | 11/6/23 |
| **December** | 4/5/23 | 5/3/23 | 6/7/23 | 6/21/23 | 7/5/23 | 10/4/23 | 11/9/23 | 11/16/23 | 12/4/23 |